UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUBAE J. MUJAHID, and
MARY MUJAHID,

                Plaintiffs,

-v.-

HSBC USA NATIONAL ASSOCIATION,
BUYER BENZAKUNIM BADALOV,
ISAAK BADALOV, and REFEREE
ARTHUR W. GREIG,

                Defendants.

20 Civ. 303 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On August 13, 2020, the Court ordered all parties in this action to attend a conference on October 22, 2020, to resolve a dispute about the provenance of this action. In attendance at the October 22, 2020 conference were Jubae Mujahid and counsel for Defendant HSBC USA National Association. For the reasons given on the record during the conference, this action is hereby DISMISSED with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

      SO ORDERED.

Dated:   October 22, 2020
           New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge